# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHERN HILLS MEDICAL
CENTER, LLC, D/B/A SOUTHERN
HILLS HOSPITAL & MEDICAL
CENTER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE RONALD J.
ISRAEL, DISTRICT JUDGE,
Respondents,
and
MARCIA SAVAGE, INDIVIDUALLY,
AND AS ADMINISTRATRIX OF THE
ESTATE OF RONALD J. SAVAGE,
Real Parties in Interest.

No. 73900

FILED

OCT 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order adopting a discovery commissioner's report and recommendation regarding production of documents for *in camera* review.

Having considered the petition and supporting documents, we are not persuaded that writ relief is warranted. *Int'l Game Tech., Inc. v. Second Judicial Dist.* Court, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist.* Court, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court*, 128 Nev. 224, 228, 276 P.3d 246, 249 (2012) ("Discovery matters are within the district court's sound discretion, and [this court] will not disturb

a district court's ruling regarding discovery unless the court has clearly abused its discretion."). As petitioner has not demonstrated that the district court "clearly abused its discretion" in approving the recommendation for *in camera* review of certain documents to determine whether the documents are privileged, *Club Vista*, 276 P.3d at 249, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Ronald J. Israel, District Judge
Hall Prangle & Schoonveld, LLC/Las Vegas
The Gage Law Firm, PLLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A